# AARONSON RAPPAPORT
Aaronson Rappaport Feinstein & Deutsch, LLP

Daniel W. Milstein
Phone (212) 593-5366
Fax (212) 593-6970
dwmilstein@arfdlaw.com

> The motion for extension of time is GRANTED. The initial pretrial conference previously scheduled for May 2, 2022 is rescheduled for June 23, 2022 at 3:00 p.m. The parties are reminded to dial in to the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the prompts.
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge
> 4/6/2022

April 5, 2022

**By ECF**

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   V.A. on behalf of herself and her Infant child O.A. v. THE CITY OF
      Our File No:   92.015
      Index No. 1:22-CV-00773-LJL

Dear Judge Liman:

My office represents the Jewish Board of Family and Children's Services in this matter. Via this letter motion, we hereby request an extension of our time to appear until May 16, 2022 (this was a 45-day request from when we received plaintiff's consent, however, technical difficulties delayed the filing of this letter motion). Our office has only just recently received this matter, and has not had the opportunity to investigate the allegations made in the complaint. Thus, defendant Jewish Board respectfully requests an extension of time, such that it can put in a cogent response to the complaint. The undersigned has conferred with plaintiff's counsel, who has graciously consented to this request.

This is defendant's first request for an extension of time. There is currently an initial pre-trial conference scheduled for May 2, 2022. Thank you for your consideration of this request.

Very truly yours,

Daniel W. Milstein

Daniel W. Milstein
DWM\ma1