UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

V.A. on behalf of herself and her infant child, O.A.*,*

                              Plaintiff,

-against-

THE CITY OF NEW YORK, JEWISH BOARD OF
FAMILY AND CHILDREN'S SERVICES, SCO FAMILY
OF SERVICES, JEWISH CHILD CARE ASSOCIATION
OF NEW YORK, and NAOMI CUDJOE*,*

                              Defendants.

------------------------------------------------------------------------x

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

22 CV 773 (LJL)

      **PLEASE TAKE NOTICE** that pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern District of New York, I, **SHERRY N. GLOVER**, Assistant Corporation Counsel in the Office of the Honorable Sylvia Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants CITY OF NEW YORK and NAOMI CUDJOE in the above-referenced action, respectfully requests that the Court withdraw my appearance in this matter, as I am leaving the Office of the Corporation Counsel effective July 22, 2022 and am no longer assigned to this defense. The Office of the Corporation Counsel will continue to serve in such capacity and another Assistant Corporation Counsel will be promptly assigned to this matter. During the interim, Supervisor Mark G. Toews remains on the docket on behalf of the Office of the Corporation Counsel.

      Accordingly, I respectfully request that the Court grant my request to withdraw as counsel and that my appearance be removed from the docket.

Dated: New York, New York
       July 20, 2022

           **HON. SYLVIA HINDS-RADIX**
           Corporation Counsel of the City of New York
           *Attorney for Defendants City of New York and Naomi Cudjoe*
           100 Church Street
           New York, New York 10007
           (212) 356-0896
           shglove@law.nyc.gov

By:   */s/ Sherry N. Glover*
       Sherry N. Glover
       Assistant Corporation Counsel

Cc: All Counsel of Record (via ECF)