# CONWAY, FARRELL, CURTIN & KELLY, P.C.

ATTORNEYS AT LAW
48 WALL STREET – 20TH FLOOR
NEW YORK, NEW YORK 10005
(212) 785-2929
FAX (212) 785-7229

Robert S. Delmond
Direct Line: (212) 993-9321
rdelmond@conwayfarrell.com

LONG ISLAND OFFICE
55 Maple Avenue – Suite 500
Rockville Centre, NY 11570
(212) 785-2929
Fax: (516) 255-4640

August 24, 2022

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    V.A. v. City of new York, et al
              22- CV 773(LJL)

Dear Justice Liman:

I represent the defendant SCO Family of Services in this matter. On August 5, 2022, the plaintiff filed an amended complaint. (Dkt 65)  I am respectfully requesting an extension of thirty days to answer or move up to and including September 25, 2022.  The plaintiffs' attorney has consented to this request.

Thank you for your assistance in this matter.

Very truly yours,

Robert S. Delmond

Cc:    All counsel (via ECF)