**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
V.A. on behalf of herself and on behalf of her infant child O.A.,

                        Plaintiff,

        -against-                               22 **CIVIL** 0773 (LJL)

                                             **<u>JUDGMENT</u>**

THE CITY OF NEW YORK, JEWISH BOARD OF
FAMILY AND CHILDREN'S SERVICES, SCO
FAMILY OF SERVICES, JEWISH CHILD CARE
ASSOCIATION OF NEW YORK, and NAOMI
CUDJOE,

                        Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 26, 2023, The City Defendants' motion to dismiss with respect to Counts One, Two, Four, and Five of the Amended Complaint is GRANTED with prejudice. Because the Court will not exercise jurisdiction over Plaintiffs' state-law claims, JBFCS's motion to dismiss is DENIED AS MOOT. Accordingly, Counts Three, Six, and Seven, alleging state-law claims, are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

             September 26, 2023

                                                                **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                 **BY:**

                                                                 **Deputy Clerk**